444 F.2d 255
 PRESCOTT-LANCASTER CORP., Plaintiff-Appellant,
v.
Paul WARREN, Ind., and as Trustee, et al., Defendants-Appellees.
 No. 71-1149.
 United States Court of Appeals, Fifth Circuit.
 June 21, 1971.
 
 Edward A. Perse, Carey, Dwyer, Austin, Cole & Selwood, P.A., Miami Fla., attorneys for appellant.
 Cypen & Nevins, Harris J. Buchbinder, Miami Beach, Fla., for appellees.
 Appeal from the United States District Court for the Southern District of Florida; Peter T. Fay, District Judge.
 Before JOHN R. BROWN, Chief Judge, GEWIN and MORGAN, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 1
 See Haas v. Jefferson National Bank of Miami Beach, 5 Cir., 1971, 442 F.2d 394.
 
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966